United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-2104
_____

Nico Redding,                              *
                                           *
           Appellant,                      *
                                           *
      v.                                   *
                                           *   Appeal from the United States
Frank Wood, sued as Frank Woods;           *   District Court for the
Dennis Benson, Warden; Dan Ferrise,        *   District of Minnesota.
Director of Prison Industry; George        *
Crist, Director/Asst. Prison Industry;     *   [UNPUBLISHED]
David Crist, Associate Warden,             *
                                           *
           Appellees.                      *

_____

Submitted:  July 7, 1997
Filed: July 11, 1997
_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.
_____

PER CURIAM.

      Nico Redding, a Minnesota inmate, appeals the District Court's[1] grant of summary judgment to defendants in his 42 U.S.C. § 1983 (1994) action. Having

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

reviewed the record and the parties' briefs, we conclude the judgment of the District Court was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.